UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SAMRAT CONTAINER LINES, INC., : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> SAFEWATER LINES INDIA PVT, LTD. : <br> et al., : <br> : <br> Defendant and Garnishees. : <br> : | Civil Action No. 14-6110 (SRC) <br><br> **OPINION & ORDER** |

**CHESLER**, District Judge

This matter comes before the Court on the motion for reconsideration of this Court's Opinion and Order entered on May 21, 2015 by Plaintiff SAMRAT Container Lines, Inc. ("SAMRAT"). SAMRAT argues that this Court dismissed the Complaint prematurely, since SAMRAT had not yet had the opportunity to demonstrate that this Court has *in personam* jurisdiction over Defendant. This Court disagrees. The Complaint, as originally filed, asserts jurisdiction based only on *quasi in rem* jurisdiction, alleging that the Defendant may not be found within this district. Now, it appears that SAMRAT wishes to proceed on the jurisdictional basis of *in personam* jurisdiction. If this is the case, SAMRAT must amend the Complaint to assert a basis for *in personam* jurisdiction. SAMRAT is given leave to amend the Complaint within 30 days of the date of entry of this Order, so that it may assert a basis for *in personam* jurisdiction. The motion for reconsideration (Docket Entry No. 57) is **GRANTED** to this extent.

SO ORDERED.

                                               s/Stanley R. Chesler
                                       STANLEY R. CHESLER, U.S.D.J.